UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DOUGLAS RAMSEY,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | No.  1:21-CV-00331-DH |
| | § | |
| **SHEET PILE LLC,  LONE STAR** | § | |
| **GLOBAL, LLC,** | § | |
| *Defendants* | | |

**ORDER**

Before the Court are Eastlink Capital Management, LLC, d/b/a SteelWall US's and Lone Star Global, LLC's motions for extensions of their deadlines to comply with the Court's recent discovery order, Dkt. 95. *See* Dkts. 100, 101. At the hearing the Court set the deadline to produce the ordered discovery as February 10, 2023. SteelWall and Lone Star seek a two-week extension of this deadline.

The motions indicate that Sheet Pile opposes the extension. The motions state that counsel for Sheet Pile offered to agree to the extension on the condition of certain concessions from SteelWall and Lone Star. The motions do not indicate, however, what prejudice Sheet Pile would suffer if the requested extension is granted. It is unclear to the Court that there would be any meaningful prejudice suffered. The Court, therefore, is inclined to grant the motions, but will afford the Sheet Pile the opportunity to respond in writing and articulate exactly what prejudice it will suffer if the Court grants the requested two-week extension. Because the current deadline expires in two days, a prompt response is needed.

1

Accordingly, the undersigned **ORDERS** Sheet Pile to respond to both motions by **5:00 p.m., TODAY, February 8, 2023**. If Sheet Pile does not respond by this deadline or is unable to articulate substantial prejudice that would result from granting the requested two-week extension, the Court will grant the motion. If Sheet Pile chooses to withdraw its opposition to the motions, the Court **ORDERS** Sheet Pile to file a written advisory to that effect with the Court.

SIGNED February 8, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE