UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DOUGLAS RAMSEY,** § <br> *Plaintiff* § <br> § <br> v. §    No. 1:21-CV-00331-DH <br> § <br> **SHEET PILE LLC, LONE STAR** § <br> **GLOBAL, LLC,** § <br> *Defendants* § | |

**ORDER**

Before the Court are Eastlink Capital Management, L.L.C., d/b/a SteelWall US's ("SteelWall") Motion to Quash Subpoena, Dkt. 91; and Sheet Pile LLC's Motion for Extension of Time to Complete Discovery, Dkt 105. The Court set both motions for a hearing to be held on March 2, 2023. *See* Dkt. 107. In addition to the two motions, the Court also ordered the parties to be prepared to address scheduling alternative dispute resolution as required by the parties' scheduling order and Local Rule CV-88. *Id.* After considering all the related filings, the applicable law, and the parties' arguments at the hearing, the Court announced its rulings on the record and now enters this written order confirming those rulings.

The Court **GRANTS IN PART and DENIES IN PART** SteelWall's motion to quash, Dkt. 91. In particular, the Court **GRANTS** the motion to the extent it seeks relief from the subpoena's demand that SteelWall's corporate representative be made available for deposition on January 18, 2023. The Court **DENIES AS MOOT** SteelWall's request for a protective order addressing production of confidential

1

documents. *See* Dkt. 99 (extending the terms of the parties' Confidentiality and Protective Order, Dkt. 18, to non-parties). The Court **DENIES** the motion to the extent it seeks protection from Sheet Pile's requests for production and **ORDERS** SteelWall to produce all responsive, non-privileged documents on or before March 17, 2023. The Court also **DENIES** SteelWall's requests for sanctions and for reimbursement of expenses incurred in complying with these discovery requests.

The Court **GRANTS** Sheet Pile's motion for leave, Dkt. 105, and **ORDERS** Lone Star Global, LLC and SteelWall to make corporate representatives available for depositions to take place on or before April 14, 2023.

Finally, the Court **ORDERS** the parties to schedule mediation to take place on or before April 21, 2023. The Court **ORDERS** that all participants in the mediation attend the mediation in person. The Court **FURTHER ORDERS** that the mediation must be attended by (1) lead counsel for the parties, and (2 party representatives with full and final authority to bind the party, and with the discretion to exercise that authority without the need to consult with anyone else, including by telephone. At the conclusion of the mediation, the Court **ORDERS** the parties (or their mediator) to submit a report as required by Local Rule CV-88(g).

SIGNED March 3, 2023.

                                          DUSTIN M. HOWELL
                                          UNITED STATES MAGISTRATE JUDGE