UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DOUGLAS RAMSEY,** § | |
| *Plaintiff* § | |
| § | |
| v. § | No. 1:21-CV-00331-DH |
| § | |
| **SHEET PILE, LLC,** § | |
| *Defendant* § | |

# ORDER

Before the Court is Defendant Sheet Pile, LLC's Motion to Disregard Jury Findings, Motion for Judgment Not Withstanding the Verdict, and, in the alternative, Motion to Amend Judgment or for New Trial, Dkt. 172.

Upon reviewing the briefing, the Court concludes that Ramsey's response in opposition is inadequate for the Court to decide the motion. Specifically, Ramsey's briefing contains no citations to record evidence supporting the jury's verdict. *See Ragas v. Tennessee Gas Pipeline Co.*, 136 F.3d 455, 458 (5th Cir. 1998) ("Rule 56 does not impose upon the district court a duty to sift through the record in search of evidence to support a party's opposition to summary judgment.") (citation omitted). Accordingly, Ramsey will be granted leave to amend his briefing to provide specific citations to the record, and Sheet Pile will be granted leave to amend its briefing in response.

For these reasons, **IT IS ORDERED** that Ramsey amend his briefing to provide specific citations to the record by November 17, 2023.

**IT IS FURTHER ORDERED** that Sheet Pile shall have seven days from the filing of Ramsey's amended brief to file its own amended brief, if desired.

**SIGNED** on November 3, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE